**Order entered March 3, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01377-CR**

**JUSTIN LEE EVANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-24028-V**

**ORDER**

On January 23, 2020, deputy official court reporter Karren K. Jones filed the four-volume reporter's record in this appeal. Volume 4, the exhibit volume, contains photocopies of the State's Exhibits 6 (DVD of Officer Mohler's dash cam); 7 (DVD of Officer Molher's body cam); 25 (entitled "jail video of the strip search"); 27 (Officer Dockter's in-car video); 28 (DVD of Officer Dockter's body cam); and 56 (appellant's interview with Detective Tooke).

A photocopy of a DVD or video does not provide this Court with anything to review. Therefore, we **ORDER** deputy official court reporter Karren K. Jones to file a supplemental reporter's record containing true and correct playable copies

of State's Exhibit 6, 7, 25, 27, 28, and 56, within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Karren K. Jones, deputy official court reporter for the 292nd Judicial District Court; and counsel for all parties.


/s/     CORY L. CARLYLE
        JUSTICE